SINGER CASHMAN LLP
   Benjamin L. Singer (Bar. No. 264295)
   bsinger@singercashman.com
   Evan N. Budaj (Bar No. 271213)
   ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 500-6080
Facsimile:   (415) 500-6080

*Attorneys for Plaintiff Software Research, Inc.*

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant Qualys, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>QUALYS, INC., and DOES 1 through 10,<br><br>       Defendants. | CASE NO. 3:20-CV-4456-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>**JURY TRIAL DEMANDED**<br><br>Date Filed:   July 6, 2020<br>Trial Date:   None set |

Plaintiff Software Research, Inc. ("SRI") and Defendant Qualys, Inc. ("Qualys" and, along with SRI, the "Parties") have settled all claims in this action, including an agreement that each side bear its own costs and fees. SRI filed its Complaint on July 6, 2020. D.I. 1. Qualys was served with the Complaint and summons on or about July 15, 2020. D.I. 11. Qualys appeared in this matter and answered the Complaint on September 4, 2020. D.I. 14.

In light of their settlement, the Parties hereby stipulate that this lawsuit and all claims therein be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and fees.

Respectfully submitted,

SINGER CASHMAN LLP

Date: January 29, 2021

By: /s/ Evan Budaj
Benjamin L. Singer
Evan Budaj
*Attorneys for Plaintiff Software Research, Inc.*

WILSON SONSINI GOODRICH & ROSATI

Date: January 29, 2021

By: /s/ Ryan R. Smith
Ryan R. Smith
Christopher C. Mays
Talin Gordnia
*Attorneys for Defendant Qualys, Inc.*

**Attestation Regarding Signatures**

I, Evan Budaj, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: January 29, 2021

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)
CASE NO. 3:20-CV-4456-EMC